DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CITY OF DELRAY BEACH,**
Appellant,

v.

**RALPH PHILLIPS,**
Appellee.

No. 4D17-913

[February 1, 2018]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Edward A. Garrison, Judge; L.T. Case No. 502010CA030359XXXXMB.

Luke Savage of Allen, Norton & Blue, P.A., Coral Gables, for appellant.

Allen Rossin of Rossin & Burr, PLLC, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., TAYLOR and CONNER, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***